UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEIULEMAR SHIPPING SpA,

          Plaintiff,

- against -

MADGE INVESTMENTS LTD. and
KREMIKOVTZI TRADE LTD.,

          Defendants.
-----------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: June 5, 2007
      Southport, CT

                            The Plaintiff,
                            DEIULEMAR SHIPPING SpA

          By: _____
               Patrick F. Lennon (PL 2162)
               Nancy R. Peterson (NP 2871)
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               nrp@lenmur.com
               pfl@lenmur.com