UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,

          Plaintiff,

   - against -

MADGE INVESTMENTS LTD. AND KREMIKOVSKI
TRADE LTD.,

          Defendants.
------------------------------------------------------------------X

07 Civ. 4768 (DLC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: February 12, 2008
       Southport, CT

                              The Plaintiff,
                              DEIULEMAR SHIPPING SPA

By: _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
pfl@lenmur.com
nrp@lenmur.com

_____
J.S.D.J.
February 13, 2008